UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
MICHELLE DANDREA
Plaintiff
vs.                                                                 Rule 7.1 Statement

LR Credit 14 LLC,
Mel S Harris and Associates,
Defendants
----------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MICHELLE DANDREA (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

N/A

DATED: September 1, 2009,
          Spring Valley, New York

_____/s/_____
Joshua N. Bleichman
Law Office of Bleichman and Klein
Attorney for Plaintiff
268 Route 59
Spring Valley, NY 10977
845-425-2510

8